UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                                    Criminal Case No. 12-20843

Donald Steven Reynolds,                   Honorable Sean F. Cox

    Defendant.
_____/

## ORDER
## ON GOVERNMENT'S MOTION IN LIMINE FOR A DETERMINATION THAT RECORDS QUALIFY AS BUSINESS RECORDS

After full briefing by the parties, on June 17, 2013, this Court heard oral argument on the Government's Motion in Limine for a Determination that Records Qualify as Business Records.

As stated on the record, subject to a showing of relevance by the Government at trial, the Court RULES that the records that are the subject of the Government's motion are admissible at trial pursuant to Fed. R. Evid. 803(6). The Court further finds that the Government need not be required to present custodial witnesses to testify at trial, in light of the certifications provided.

    IT IS SO ORDERED.

                                            S/Sean F. Cox
                                            Sean F. Cox
                                            United States District Judge

Dated: June 17, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 17, 2013, by electronic and/or ordinary mail.

                                    S/Jennifer Hernandez
                                    Case Manager